IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

      Plaintiff,                  No. CIV S-07-1380 FCD GGH P

   vs.

SHERIFF JIM DENNY, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed August 1, 2007 , this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On August 16, 2007, plaintiff submitted the five (5) USM-285 forms but failed to file the summons and the six (6) copies of the complaint, filed on July 12, 2007.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to re-send plaintiff a summons and a copy of the complaint filed by plaintiff on July 12, 2007; and

/////

1

1        2. Within thirty days, plaintiff shall submit to the court the required documents to effect service. Failure to return the summons and complaint copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 9/13/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
barn1380.8f