IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

       Plaintiff,                            No. CIV S- 07-1380 FCD GGH P

    vs.

SHERIFF JIM DENNEY, et al.,

       Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Upon review, the court finds the allegations of the complaint sufficiently colorable to warrant appointment of voluntary counsel and herein will appoint counsel drawn from the voluntary members of the civil rights pro bono panel. Accordingly, the court finds as follows:

        Efforts to obtain legal representation without order of this court would be futile;

        1. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and is otherwise without resources to obtain counsel;

        2. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

        3. This case is not a fee generating case within the meaning of California Business

1

and Professions Code § 8030.4(g); and

    4. This case has sufficient merit to warrant appointment pursuant to General Order No. 230.

Therefore, this court orders as follows:

1. Melanie Griswold is appointed as attorney for plaintiff pursuant to General Order No. 230;

2. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file;

3. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code. All other contemplated costs shall be handled as described in General Order No. 230;

4. This case is to be set on this court's law and motion calendar for a status conference within 60 days, pursuant to a stipulation of plaintiff's and defendants' counsel;

5. The Clerk shall electronically serve a copy of this order on Melanie Griswold at melanie.griswold@lw.com.

DATED: 06/09/08                                      /s/ Gregory G. Hollows

                                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
barn1380.app