IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

Plaintiff, No. CIV S-07-1380 FCD GGH P

vs.

SHERIFF JIM DENNEY, et al.,

Defendants. ORDER

_______________________________/

By Order, filed on 6/09/08, the court appointed counsel from among attorneys who had volunteered to be members of the civil rights pro bono panel. The undersigned has subsequently been informed that Melanie Griswold of Latham & Watkins LLP, the appointed attorney, is currently on an extended leave, but Katharine Nolan of Latham & Watkins, anticipating the assistance of two other colleagues, has graciously offered her services in representing plaintiff, a state prisoner proceeding on a civil rights complaint, under 42 U.S.C. § 1983.

Accordingly, IT IS ORDERED that:

1. A notice of substitution of counsel on behalf of plaintiff be filed within twenty days;

2. The Clerk shall electronically serve a copy of this order on Melanie Griswold

at melanie.griswold@lw.com; and

3. The Clerk shall also serve a copy of this order by mail upon Katharine Nolan at Latham & Watkins LLP/ 505 Montgomery Street, Suite 2000/ San Francisco, CA 94111-6538.[1]

DATED: 07/16/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
barn1380.ntc

[1] Should the Clerk locate an email address for Ms. Nolan at Latham & Watkins, counsel may be served electronically.