1   LATHAM & WATKINS LLP
    Peter K. Huston (State Bar No. 150058)
2   Katharine E. Nolan (State Bar No. 254867)
    Brendan McShane (State Bar No. 227501)
3   505 Montgomery Street, Suite 2000
    San Francisco, California 94111
4   Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
5
    Attorneys for Plaintiff
6   RYAN A. BARNES

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RYAN A. BARNES,                      **CASE NO. CIV- S-07-1380 FCD GGH P**

12              Plaintiff,

13       v.                              **STIPULATION REGARDING STATUS
                                         CONFERENCE CALENDARING**
14  SHERIFF JIM DENNEY, et al.,

15              Defendants.

16

17

18          All parties through their respective counsel hereby stipulate and agree to schedule the

19  status conference in this case for Thursday September 4, 2008 at 10 a.m. to take place at 501 I

20  Street, Sacramento, CA 95814, Courtroom 24, 8th Floor.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                    1
                                         STIPULATION REGARDING STATUS CONFERENCE
                                         CALENDARING
                                         CASE NO. CIV- S-07-1380 FCD GGH P

1  Dated:  August 6, 2008

2

Respectfully submitted,

LATHAM & WATKINS LLP

3

4

/s/ Katharine E. Nolan
By _____

5

Katharine E. Nolan
Attorney for Plaintiff

6

7

Respectfully submitted,

8

PORTER SCOTT

9

10

/s/ John Robert Whitefleet (as authorized on
8/05/08)

11

By _____

12

John Robert Whitefleet
Attorney for Defendants

13

14        IT IS SO ORDERED.

15  Dated: 08/19/08

/s/ Gregory G. Hollows
The Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

16

17

Barn1380.hg

18  SF\665984.1

19

20

21

22

23

24

25

26

27

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING STATUS CONFERENCE
CALENDARING
CASE NO. CIV- S-07-1380 FCD GGH P