IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

    Plaintiff,                    No. CIV S-07-1380 FCD GGH P

    vs.

SHERIFF JIM DENNEY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On July 24, 2007 (#4), plaintiff filed a consent to refer this action to the United States Magistrate Judge, for all purposes, and the defendants' consent was filed on September 18, 2008 (# 32). See 28 U.S.C. §636(c). Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the United States District Judge or Magistrate Judge may reject the referral." If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.

DATED: October 2, 2008

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

1

## ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:07-1380-GGH P.

IT IS SO ORDERED.

DATED: 10/02/08               /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

barn1380.con