IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

      Plaintiff,                         No. CIV S-07-1380 GGH P

      vs.

SHERIFF JIM DENNEY, et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Plaintiff's motion to amend the complaint, filed on November 13, 2008 (Docket # 36), was set for hearing on December 18, 2008.  The court has reviewed the moving and opposition papers and has determined that oral argument will not be necessary.  The time for filing a reply will expire on December 11, 2008.  See Local Rule 78-230(d).  Whether plaintiff elects to file a timely reply (in which case, of course, such a filing will also be considered) or not, this matter will be deemed submitted on the papers as of December 12, 2008.

        Accordingly, IT IS ORDERED, as this matter is to be deemed submitted on the papers, the December 18, 2008, hearing on plaintiff's motion to amend the complaint (Docket # 36), is hereby VACATED from the court's calendar.

DATED: December 12, 2008                    /s/ Gregory G. Hollows

                                             _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/barn1380.vac