# PORTER | SCOTT

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER, SHERIFF JIM DENNEY (inadvertently sued as DENNY), OFFICER WILLY MITCHELL, OFFICER J. RUONA and SUTTER COUNTY BOARD OF SUPERVISORS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES, | Case No. CIV 07-1380 GGH P |
|     Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| vs. | |
| COUNTY OF SUTTER, SHERIFF JIM DENNY, OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS, | |
|     Defendants. | |
| _____/ | |

Plaintiff RYAN A. BARNES and Defendants COUNTY OF SUTTER, SHERIFF JIM DENNEY (inadvertently sued as DENNY), OFFICER WILLY MITCHELL, OFFICER J. RUONA and SUTTER COUNTY BOARD OF SUPERVISORS, by and through their undersigned counsel, and subject to the approval of the court, stipulate to the following Protective Order, as set forth below:

    1.    This is an action pursuant to Title 42 U.S.C. Section 1983, arising from the injuries allegedly sustained to Plaintiff while being held as a pre-trial detainee at the Sutter County Jail.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2. Plaintiff has propounded Requests for Production of Documents, whereby Plaintiff seeks information and documents, including sensitive and private personnel file information involving the parties, including the Sheriff Jim Denney, and Correctional Officers Willy Mitchell and J. J. Ruona, which are confidential. Additionally, Plaintiffs seek information and documents, including sensitive and private jail records information involving non-party inmates alleged to be involved in the incident.

3. Confidential information is information which has not been made public and is privileged and confidential and protected from public disclosure under applicable law. Material designated as "confidential" under this order include the information contained therein, and any summaries, copies, abstracts, or documents derived in whole or in part from materials designated as confidential (herein after "confidential material").

4. Confidential material will be produced in conjunction with further responses to Requests for Production of Documents, clearly marked as Confidential, and redacted as necessary to protect the rights and privacy of third-parties.

5. Confidential material produced pursuant to this order shall be used only for the purpose of the prosecution, defense, or settlement of this action and for no other purpose, confidential material may be disclosed or made available only to the court, to court reporters retained in this action, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designated below:

a. Experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense or settlement of this action;

b. A witness at any deposition or proceedings in this action; and

c. Any other person as to whom the parties inviting agree in writing.

Prior to receiving any confidential material, each "qualified person" shall be provided with a copy of this Order and shall execute a non-disclosure agreement in the form of Attachment A, the original copy of which shall be maintained by the counsel who is providing these materials.

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

6. Any party that files or intends to file with the Court, for purposes of adjudication or to use at trial, documents or materials, including the existence of such material in any pleading, motion, exhibit or other paper, designated as Confidential pursuant to this Stipulated Protective Order, should, prior to filing such Confidential documents or materials, move the Court for an order sealing such documents upon a showing of good cause in compliance with the requirements of California Eastern District Court Local Rules 39-140 and 39-141, which are heretofore fully incorporated by reference.

7. Upon the issuance of an order of the Court sealing such documents, all documents or materials designated as Confidential pursuant to this Stipulated Protective Order, and all papers or documents containing information or materials designated as "Confidential" that are filed with the Court for any purpose shall be filed and served under seal, with the following statement affixed to the document or information:

"This envelope is sealed pursuant to the order of the Court and contains Confidential information filed in this case by [name of party] and is not to be opened nor the contents thereof displayed or revealed except by order of the Court."

8. The portion of any deposition in which confidential materials are discussed shall be taken only in the presence of qualified persons, as defined above.

9. Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own confidential material as it deems appropriate. Receipt by any party of any confidential information shall not be either an admission or claim that the information is private, confidential, proprietary, and/or trade secret, as asserted by the propounding party, nor an admission with respect to the authenticity, competency, relevance or materiality thereof.

10. All documents designated as "Confidential" shall be treated as such and shall be subject to the provisions hereof unless and until one of the following occurs:

a. The party who claims that the material is Confidential Information withdraws such designation in writing; or

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**STIPULATED PROTECTIVE ORDER**

b.     The Court rules the material is not Confidential Information.  If a party contends that any material is not entitled to confidential treatment, such party may at any time apply to the Court for an order removing the confidential designation from any material.

11.     This Order shall be without prejudice to present a motion to the court under Federal Rule of Civil Procedure 26 (c) for a separate Protective Order as to any particular document or information, including restrictions different from those as specified herein.  This shall not be deemed to prejudice the parties in any way in any future application for modification of this Stipulation and Order.

12.     Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order, shall be deemed to have the affect of an admission or waiver of objections or privileges by either party or of altering the confidentiality or non-confidentiality of any such document or information or altering any existing right or obligation of any party or the absence thereof.

13.     At the conclusion of this litigation, counsel for Plaintiff shall return all confidential and derivative materials within 60 calendar days, or shall certify to the Defendants that all such materials have been destroyed.

14.     This Order shall survive the final termination of this action, and the court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder.


IT IS SO STIPULATED.


Dated: March 30, 2009                                    LATHAM & WATKINS, LLP


By    /s/ Brendan A.  McShane
        Brendan A.  McShane
        Attorney for Plaintiff RYAN A. BARNES

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916. 929.1481
FAX. 916. 927.3706
www.porterscott.com

00665169.WPD                    **STIPULATED PROTECTIVE ORDER**

Dated: March 30, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/ John R. Whitefleet
          Terence J. Cassidy
          John R. Whitefleet
          Glen A. Williams
          Attorney for Defendant
          COUNTY OF SUTTER, SHERIFF JIM
          DENNEY (inadvertently sued as
          DENNY), OFFICER WILLY
          MITCHELL, OFFICER J. RUONA and
          SUTTER COUNTY BOARD OF
          SUPERVISORS

## <u>ORDER</u>

Having reviewed the above Stipulation, and good cause appearing,
IT IS SO ORDERED

Dated: April 1, 2009

/s/ Gregory G. Hollows

Judge of the United States District Court
Eastern District of California

barn1380.pro

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916. 927.3706
www.porterscott.com