LATHAM & WATKINS LLP
  Peter K. Huston (Bar No. 150058)
  Brendan A. McShane (Bar No. 227501)
  Kateryna Rakowsky (Bar No. 246248)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff
RYAN A. BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SUTTER, SHERIFF JIM DENNEY, OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS,<br><br>　　　　Defendants. | No. CIV S 07-1380 FCD GGH PC<br><br>**STIPULATION AND ORDER EXTENDING THE DATE FOR EXPERT DESIGNATIONS SET FORTH IN THE SCHEDULING ORDER**<br><br>Magistrate Gregory G. Hollows |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Extending the Date For
Exchange of Written Expert Reports Pursuant to FRCP 26(a)(2)((B)
No. CIV 07-1380 FCD GGH PC

Plaintiff Ryan A. Barnes ("Plaintiff") and defendants County of Sutter, Sheriff Jim Denney (inadvertently sued as Denny), Officer Willy Mitchell, Officer J. Ruona and Sutter County Board of Supervisors ("Defendants"), by and through their undersigned counsel, and subject to the approval of the court, stipulate to the following, as set forth below:

## **STIPULATION**

WHEREAS, the Court entered a Scheduling Order dated September 9, 2008 in this action;

WHEREAS, pursuant to that Scheduling Order, the Court set forth the following deadlines for "Expert Disclosure":

> Plaintiff shall designate in writing and file with the court, and serve upon all other parties, the names of all experts that plaintiff proposes to tender at trial not later than May 8, 2009. Within 15 days thereafter, defendants shall designate in writing, file with the court, and serve upon all other parties, the name of each expert that they propose to tender at trial. If defendants designate an expert for an area on which defendants have the burden of proof, plaintiff may designate a rebuttal witness within 15 days thereafter. The designations of experts shall be made pursuant to Fed. R. Civ. P. 26(a)(2). All experts so designated are to be fully prepared to render an informed opinion at the time of <u>designation</u> so that they may fully participate in any deposition taken by the opposing party. Experts will not be permitted to testify at the trial as to any information gathered or evaluated, or opinion formed, after deposition taken subsequent to designation.

*See* Scheduling Order at 3:11-21.

WHEREAS, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, unless otherwise stipulated or ordered by the Court, expert disclosures must be accompanied by a written report if the witness is one retained to provide expert testimony in the case;

WHEREAS, due to Plaintiff's pending motion for leave to amend, the ruling on which may impact the parties and scope of this lawsuit, certain unresolved discovery issues, and the parties desire to allow expert witnesses to have access to, and sufficient time to review, all depositions and written discovery taken in this action in order to form their opinions, the parties

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

Stipulation and [Proposed] Order Extending the Date For
Exchange of Written Expert Reports Pursuant to FRCP 26(a)(2)(B)
No. CIV 07-1380 FCD GGH PC

submit there is good cause to modify the Scheduling Order to briefly extend the expert disclosure dates, and therefore have so agreed to extend the dates by which experts shall be disclosed and reports shall be exchanged for a period of sixty (60) days; and

WHEREAS, the agreed upon extensions for designating experts and exchanging expert reports will not impact any of the deadlines otherwise set forth in the Scheduling Order;

NOW THEREFORE, subject to Court approval, the parties STIPULATE as follows:

(i) Plaintiff shall designate in writing, file with the court, and serve upon all other parties, the names of all experts that plaintiff proposes to tender at trial not later than **July 7, 2009**.

(ii) Within 15 days thereafter, and no later than **July 22, 2009**, Defendants shall designate in writing, file with the court, and serve upon all other parties, the name of each expert that they propose to tender at trial; and

(iii) If Defendants designate an expert for an area on which Defendants have the burden of proof, within 15 days thereafter, and no later than **August 6, 2009**, Plaintiff may designate a rebuttal witness.

(iv) All other dates and directives set forth in the September 9, 2008 Scheduling Order shall remain unchanged.

IT IS SO STIPULATED.

Dated: March __, 2009  LATHAM & WATKINS LLP

By _____
Brendan A. McShane
Attorneys for Plaintiff RYAN A. BARNES

Dated: March __, 2009  PORTER SCOTT, A Professional Corporation

By _____
Terence J. Cassidy
John R. Whitefleet
Glen A. Williams
Attorneys for Defendants COUNTY OF SUTTER, SHERIFF JIM DENNEY,

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation and [Proposed] Order Extending the Date For
Exchange of Written Expert Reports Pursuant to FRCP 26(a)(2)(B)
No. CIV 07-1380 FCD GGH PC

OFFICER WILLY MITCHELL, OFFICER J. RUONA and SUTTER COUNTY BOARD OF SUPERVISORS

## ORDER

Having reviewed the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

April 8, 2009

/s/ Gregory G. Hollows
_____
Magistrate Gregory G. Hollows, Magistrate of the United States District Court for the Eastern District of California

Barn1380.exp

SF\696203.2

3

Stipulation and [Proposed] Order Extending the Date For Exchange of Written Expert Reports Pursuant to FRCP 26(a)(2)(B)
No. CIV 07-1380 FCD GGH PC

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO