**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER, SHERIFF JIM DENNEY (inadvertently sued as DENNY), OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES, | Case No. CIV 07-1380 GGH P |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | Magistrate Gregory G. Hollows |
| COUNTY OF SUTTER, SHERIFF JIM DENNY, OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS, | |
| Defendants. / | |

WHEREAS, Plaintiff filed his original Complaint on July 12, 2007;

WHEREAS, Defendants responded to Plaintiff's Complaint by filing an Answer on January 14, 2008.

WHEREAS, Plaintiff filed a motion for leave to amend his complaint on November 13, 2008, accompanied by a proposed First Amended Complaint.

WHEREAS, Magistrate Judge Gregory G. Hollows entered an Order (Docket No. 59) on April 14, 2009, granting Plaintiff leave to file an amended complaint, conditional upon the filing of a <u>second</u> amended complaint within 30 days of entry of the Order.

WHEREAS, from the wording of the Order, it appears the Court is not requiring

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00678793.WPD

1

**STIPULATION AND [PROPOSED] ORDER**

1 Defendants to file a responsive pleading to the proposed First Amended Complaint.

2 NOW THEREFORE, subject to Court approval, the parties STIPULATE as follows:

3 (i) Defendants are not required to file a responsive pleading to Plaintiff's First
4 Amended Complaint;

5 (ii) Insofar as an Answer is required to respond to Plaintiff's First Amended
6 Complaint, the Defendants' Answer to Plaintiff's original Complaint shall be deemed
7 responsive to Plaintiff's First Amended Complaint as well.

8    IT IS SO STIPULATED.

9 Dated: April 29, 2009         LATHAM & WATKINS LLP

11                              By /s/ Brendan A. McShane
                                   Brendan A. McShane
12                                 Attorneys for Plaintiff RYAN A. BARNES

13 Dated: April 29, 2009        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

16                              By    /s/ John R. Whitefleet
                                   Terry J. Cassidy
17                                 John R. Whitefleet
                                   Glen A. Williams
18                                 Attorneys for Defendant
                                   COUNTY OF SUTTER, SHERIFF JIM
19                                 DENNEY (inadvertently sued as
                                   DENNY), OFFICER WILLY
20                                 MITCHELL, OFFICER J. ROUNA and
                                   SUTTER COUNTY BOARD OF
                                   SUPERVISORS

## **ORDER**

Having reviewed the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: May 5, 2009              /s/ Gregory G. Hollows

                                _____
                                Magistrate of the United States District
                                Court for the Eastern District of California

barn1380.ord