IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

    Plaintiff,  No. CIV S-07-1380 GGH P

   vs.

SHERIFF JIM DENNEY, et al.,

    Defendants.  ORDER

_____/

      On June 1, 2009, defendant County of Sutter Board of Supervisors moved for its dismissal from the second amended complaint, pursuant to Fed. R. Civ. P. 12(b)(6). Thereafter, counsel for the parties stipulated to the Board's voluntary dismissal, without prejudice, by filing dated June 26, 2009, pursuant to Fed. R. Civ. P. 41(a).

      Accordingly, IT IS ORDERED that:

      1. The Clerk of Court shall note in the docket of this case, pursuant to the stipulation of voluntary dismissal without prejudice, filed on June 26, 2009 (docket # 65), that the County of Sutter Board of Supervisors is no longer a defendant in this action; and

      2. The motion to dismiss, filed on June 1, 2009 (docket # 64), is hereby vacated as moot.

DATED: July 6, 2009             /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/kly/barn1380.59ggh