IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

       Plaintiff,                    No. CIV S-07-1380 GGH P

   vs.

SHERIFF JIM DENNEY, et al.,

       Defendants.             ORDER

_____/

       At this point, it appears that the defendants' pending motion for summary judgment, filed on December 7, 2009 (docket # 69), which came on for hearing on January 7, 2010, will be denied at least in part. In light of the pressing demands upon the calendar, the court has had insufficient time to set forth its reasoning to date. The order will be forthcoming at a later date.

       In order not to vacate dates already set in this litigation and because it appears that this matter will proceed to trial, the parties are advised to file their pretrial statements as directed in the Scheduling Order, filed on September 9, 2008 (docket # 31), wherein the pretrial conference was set for March 26, 2010, at 9:00 a.m.

       IT IS SO ORDERED.

DATED: March 2, 2010                    /s/ Gregory G. Hollows

                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
barn1380.ntc