IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

            Plaintiff,                 No. CIV S-07-1380 GGH P

     vs.

SHERIFF JIM DENNEY, et al.,

           Defendants.          <u>ORDER</u>

_____/

          Notwithstanding the initial docket entry picking the Honorable Kim Mueller as the Settlement Judge, IT IS HEREBY ORDERED that a settlement conference is this matter is set for Thursday, April 15, 2010, at 10:00 a.m., before the Honorable Edmund F. Brennan, Courtroom # 24. The parties are directed to submit confidential settlement conference statements to the chambers of Magistrate Judge Brennan seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. <u>See</u> Local Rule 270.

1

1    IT IS FURTHER ORDERED that plaintiff will appear at the settlement conference

2  via video-conferencing as set forth in the concurrently filed writ of habeas corpus ad

3  testificandum.[1]

4  DATED: March 29, 2010                    /s/ Gregory G. Hollows
                                            _____
5                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
6  barn1380.set

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    [1]   In light of the writ directing plaintiff's physical presence at the trial beginning on May 3,
      2010, prison authorities may elect to produce plaintiff in person for the settlement conference, and
26    maintain his presence in the Sacramento area.

2