## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

        Plaintiff,                  No. CIV S-07-1380 GGH P

  vs.

SHERIFF JIM DENNEY, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Ryan A. Barnes, inmate # F-31409, a necessary and material witness in settlement conference proceedings in this case on April 15, 2010, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Mule Creek State Prison, April 15, 2010, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Michael Martel, Mule Creek State Prison, 4001 Highway 104, PO Box 409099, Ione California 95640:**[1]

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 29, 2010

                                                            /s/ Gregory G. Hollows
                                                            _____
                                                            GREGORY G. HOLLOWS
                                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
barn1380.841lkkthch

---

[1] In light of the writ directing plaintiff's physical presence at the trial beginning on May 3, 2010, prison authorities may elect to produce plaintiff in person for the settlement conference, and maintain his presence in the Sacramento area.