IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

      Plaintiff,                       No. CIV S-07-1380 GGH P

    vs.

SHERIFF JIM DENNEY, et al.,

      Defendants.             ORDER

_____/

        Pursuant to plaintiff's ex parte application, filed on April 5, 2010 (docket # 96), but subject to any later input from correctional officials, plaintiff will be permitted to wear civilian clothing and to be unshackled (i.e., without physical restraints) at trial.

        IT IS SO ORDERED.

DATED: April 14, 2010                      /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
barn1380.ord2