IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

    Plaintiff,                      No. CIV S-07-1380 GGH P

    vs.

SHERIFF JIM DENNEY, et al.,

    Defendants.                  <u>ORDER AND</u>
                                      <u>ORDER TO SHOW CAUSE</u>

_____/

       This matter came before the undersigned to conduct a Settlement Conference on April 15, 2010.  Despite the provisions of Local Rule 170 and the court's admonition in the March 29, 2010 order, defendants' counsel appeared without either full settlement authority or the required principals.[1]  Further exacerbating defendants' failure, no effort was made to notify out-of-town counsel that defendants were unwilling to negotiated and would be appearing at the settlement conference without any settlement authority and without the required principals.  The result was an utter waste of court time and resources, the time and expense for the plaintiff's appearance by video conferencing, and the time and expense to plaintiff's counsel.

---

[1] Neither of the two remaining individually named defendants appeared.  Neither did the County appear through a representative capable of engaging in any meaningful settlement negotiations or making any offers or counter-offers of any kind.

1

Accordingly, the court hereby ORDERS that:

1. Not later than April 19, 2010, counsel for plaintiff shall file a statement detailing the reasonable costs incurred in preparation for, travel to and from, and attendance at the April 15, 2010 Settlement Conference; and

2. Defendants shall show cause, in writing, no later than April 22, 2010, why they should not be ordered to reimburse the costs incurred by counsel for plaintiff.

SO ORDERED.

DATED:  April 15, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2