IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

      Plaintiff,                    No. CIV S-07-1380 GGH P

  vs.

SHERIFF JIM DENNEY, et al.,

      Defendants.              ORDER

_____/

        A status conference was held in this matter before the undersigned on May 27, 2010. Counsel for both parties appeared telephonically. Laura Vartin Horn, Brendan McShane, Katie Chang, and Jennette Brown represented plaintiff and defendant County of Sutter was represented by John Whitefleet.

        Following the status conference, the court makes the following ORDERS:

        1. Without prejudice to any ruling on defendant's motion for judgment set for hearing on July 22, 2010, the new trial with respect to the remaining defendant, County of Sutter, is set for September 14, 2010, at 9:00 a.m. before the undersigned;

        2. If this matter should proceed to trial, the parties must file any supplemental trial briefs, proposed voir dire and jury instructions by no later than fourteen days before the trial; and

1          3. If appropriate, the court will set a date for a pretrial conference at the hearing
2 on defendant's pending motion.
3 DATED: May 27, 2010                              /s/ Gregory G. Hollows
                                                  _____
4                                                 GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE
5 GGH:009
  barn1380.stc