LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
   Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Plaintiff
RYAN A. BARNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF SUTTER, OFFICER WILLY MITCHELL, and OFFICER J. RUONA,<br><br>        Defendants. | No. CIV S 07-1380 FCD GGH PC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO FRCP 49, 58, 59 OR IN THE ALTERNATIVE, RENEWED MOTION FOR JUDGMENT PURSUANT TO FRCP 50(B)**<br><br>Magistrate Judge Gregory G. Hollows |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order
To Continue Hearing Date

No. CIV 07-1380 FCD GGH PC

1  Plaintiff Ryan A. Barnes ("Plaintiff") and defendant County of Sutter ("Defendant"), by and through their undersigned counsel, and subject to approval of the court, stipulate to the following, as set forth below:

## STIPULATION

WHEREAS, the hearing on Defendant's Motion for Judgment Pursuant to FRCP 49, 58, and 59, or In the Alternative, Renewed Motion for Judgment Pursuant to FRCP 50(b) is set for July 22, 2010 ("Defendant's Motion"), and in accordance with Local Rule 230, Plaintiff's brief in opposition to Defendant's Motion is due on July 8, 2010, and Sutter County's Reply is due on July 15, 2010;

WHEREAS, the parties are exploring settlement options, which – if a settlement were reached – would obviate the need for further briefing or the court to hear the pending motion on July 22. In order to explore settlement options, Plaintiff's counsel requested whether defense counsel would agree to move the motion hearing and the due dates for the responsive briefing by one week, and defense counsel has agreed; and

WHEREAS, Plaintiff's counsel understands that the Court is permitting parties to notice motion hearings on July 29, 2010;

NOW THEREFORE, subject to the Court's approval, the parties STIPULATE as follows:

   i.   The hearing on Defendant's Motion be moved from July 22, 2010 to July 29, 2010;
   ii.  Plaintiff's brief in opposition to Defendant's Motion will be due on July 15, 2010 from July 8, 2010;
   iii. Defendant's reply brief in support of Defendant's Motion will be due on July 22, 2010, from July 15, 2010;

//
//
//
//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Stipulation and [Proposed] Order
To Continue Hearing Date

No. CIV 07-1380 FCD GGH PC

1       IT IS SO STIPULATED.

2   Dated: July 2, 2010                       LATHAM & WATKINS LLP

By /s/ Brendan A. McShane
   Brendan A. McShane
   Attorneys for Plaintiff RYAN A. BARNES

Dated: July 2, 2010                       PORTER SCOTT, A Professional Corporation

By /s/ John R. Whitefleet
   John R. Whitefleet
   Attorneys for Defendants COUNTY OF
   SUTTER, OFFICER WILLY MITCHELL,
   OFFICER J. RUONA

## **ORDER**

Having reviewed the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

July, 6, 2010

/s/ Gregory G. Hollows
Magistrate Gregory G. Hollows, Magistrate of the United States District Court for the Eastern District of California

Barnes1380.ord

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation and [Proposed] Order
To Continue Hearing Date

No. CIV 07-1380 FCD GGH PC