IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN A. BARNES,

        Plaintiff,                No. CIV S-07-1380 GGH P

    vs.

SHERIFF JIM DENNEY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Counsel for both parties filed a notice, on July 7, 2006 (docket # 153), that a full settlement in principle has been reached in this matter and they seek thirty days to finalize and execute an agreement and to file all dismissals and necessary dispositive documentation. The parties ask any hearing and trial dates be vacated.

        Accordingly, IT IS ORDERED that:

        1. The parties are granted thirty days from the filed date of this order to file all the requisite documentation to show that a full settlement of this matter has been finalized and executed which closes this matter; and

        2. Both the July 29, 2010, hearing date for defendant's motion for judgment and the motion itself, which was filed on May 26, 2010 (docket # 157), are hereby VACATED from the court's calendar.

DATED: July 19, 2010                          /s/ Gregory G. Hollows

                                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
barn1380.ord

1