**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER, OFFICER WILLIE MITCHELL, and OFFICER J.J. RUONA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER, SHERIFF JIM DENNY, OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS,<br><br>    Defendants.<br>_____/ | Case No. CIV 07-1380 GGH P<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE REQUISITE SETTLEMENT DOCUMENTATION**<br><br>Magistrate Gregory G. Hollows |

WHEREAS, the parties filed Notice of Settlement [Docket Entry No. 163] with the District Court on July 6, 2010.

WHEREAS, the Court issued an Order [Docket Entry No. 164] on July 19, 2010, requiring the parties to file with the District Court all requisite documentation showing a full settlement and finalization of the matter, by or before Wednesday, August 18, 2010.

WHEREAS, the drafting, completion, and execution of all requisite documentation showing a full settlement and finalization of the matter has taken longer than expected, due in part to the incarceration of Plaintiff.

/ / / /

/ / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00814036.WPD    **STIPULATION AND [PROPOSED] ORDER**

1  WHEREAS, the parties have been working together, productively and in good faith, and anticipate the imminent finalization of all requisite documentation, but not prior to the deadline currently provided by the Court.

NOW THEREFORE, subject to Court approval, the parties STIPULATE as follows:

(i)  The parties may have an additional fourteen (14) days in which to file with the District Court all requisite documentation showing a full settlement and finalization of the matter, by or before Wednesday, September 1, 2010.

IT IS SO STIPULATED.

Dated: August 17, 2010            LATHAM & WATKINS LLP


                                  By   /s/ Brendan A. McShane (as authorized on 8/17/10)
                                       Brendan A. McShane
                                       Attorneys for Plaintiff RYAN A. BARNES

Dated: August 17, 2010            PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By   /s/ John R. Whitefleet
                                       Terence J. Cassidy
                                       John R. Whitefleet
                                       Glen A. Williams
                                       Attorneys for Defendant
                                       COUNTY OF SUTTER, OFFICER
                                       WILLIE MITCHELL, and OFFICER J.J. RUONA


**ORDER**

Having reviewed the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: August 18, 2010            /s/ Gregory G. Hollows
                                  _____
                                  U.S. MAGISTRATE JUDGE


barnes1380.eot

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00814036.WPD    STIPULATION AND [PROPOSED] ORDER