**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SUTTER, OFFICER WILLIE MITCHELL, and OFFICER J.J. RUONA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN A. BARNES,<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER, SHERIFF JIM DENNY, OFFICER WILLY MITCHELL, OFFICER J. ROUNA and SUTTER COUNTY BOARD OF SUPERVISORS,<br><br>     Defendants.<br>_____/ | Case No. CIV 07-1380 GGH P<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE REQUISITE SETTLEMENT DOCUMENTATION**<br><br>Magistrate Gregory G. Hollows |

WHEREAS, the parties filed Notice of Settlement [Docket Entry No. 163] with the District Court on July 6, 2010.

WHEREAS, the Court issued an Order [Docket Entry No. 164] on July 19, 2010, requiring the parties to file with the District Court all requisite documentation showing a full settlement and finalization of the matter, by or before Wednesday, August 18, 2010.

WHEREAS, the parties entered into and filed a stipulation and proposed order [Docket Entry No. 165] to extend time to file the requisite settlement documentation on August 17, 2010.

WHEREAS, the Court graciously issued an order [Docket Entry No. 166] on August 19, 2010, extending the time for the parties to file such settlement documentation until September 1, 2010.

WHEREAS, the parties have finalized and executed a settlement and release agreement in this civil action.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00818625.WPD          **STIPULATION AND [PROPOSED] ORDER**

WHEREAS, despite all good faith efforts on the part of the County of Sutter to issue the settlement draft to Plaintiff in a prompt manner, internal auditing delays have prevented a timely issuance of the settlement draft prior to the present deadline for filing settlement documentation of September 1, 2010.

WHEREAS, the parties continue to work cooperatively, productively and in good faith, and readily anticipate the transmission of the settlement draft and subsequent execution of stipulations for voluntary dismissal with prejudice.

NOW THEREFORE, subject to Court approval, the parties STIPULATE as follows:

(i) The parties may have an additional fourteen (14) days in which to file with the District Court all requisite documentation showing a full settlement and finalization of the matter, by or before Wednesday, September 15, 2010.

IT IS SO STIPULATED.

Dated: August 31, 2010                LATHAM & WATKINS LLP

                                      By   /s/ Brendan A. McShane (as authorized on 8/31/10)
                                            Brendan A. McShane
                                            Attorneys for Plaintiff RYAN A. BARNES

Dated: August 31, 2010                PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By   /s/ John R. Whitefleet
                                            Terence J. Cassidy
                                            John R. Whitefleet
                                            Glen A. Williams
                                            Attorneys for Defendant
                                            COUNTY OF SUTTER, OFFICER
                                            WILLIE MITCHELL, and OFFICER J.J.
                                            RUONA

**ORDER**

Having reviewed the above Stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: September 2, 2010              /s/ Gregory G, Hollows
                                      _____
                                      U.S. MAGISTRATE JUDGE

barn1380.eot

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00818625.WPD      **STIPULATION AND [PROPOSED] ORDER**